# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03783-CMA-KLM

ALISON GIBBS,

    Plaintiff,

v.

DATAVAIL CORPORATION,

    Defendant.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

Plaintiff Alison Gibbs ("Plaintiff") and Defendant Datavail Corporation ("Defendant"), under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the voluntary dismissal of this action with prejudice, each party to bear her or its own attorneys' fees and costs.

Respectfully submitted on this 14th the day of March, 2022.

| | |
|---|---|
| *s/Paul J. Maxon* | *s/Kelsey A. VanOverloop* |
| Paul J. Maxon | Danielle L. Kitson |
| The Law Office of Paul Maxon, P.C. | Kelsey VanOverloop |
| 4450 Arapahoe Avenue | LITTLER MENDELSON, P.C. |
| Boulder, CO 80303 | 1900 16th Street, Suite 800 |
| Telephone: 303-473-9999 | Denver, Colorado 80202 |
| Email: paulmaxon@maxonlaw.com | Telephone: 303-629-6200 |
| | Email: dkitson@littler.com |
| | kvanOverloop@littler.com |
| | |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |